UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00235 |
| | ) | JUDGE CAMPBELL |
| JEREMI JASON NORTH | ) | |

## ORDER

Pending before the Court is a Motion for Extension of Time to File Pretrial Motions (Docket No. 13). The Motion is GRANTED in part and DENIED in part.

The deadline for filing any pretrial motions is extended to March 21, 2014.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE